# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRAIG SLATER, | 1:08-cv-00571-OWW-WMW (HC) |
| Petitioner, | |
| vs. | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| WILLIAM SULLIVAN, et al, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   May 21, 2008**          /s/  William M. Wunderlich
                              UNITED STATES MAGISTRATE JUDGE