IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRAIG SLATER, | 1:08-cv-00571 OWW WMW (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
|     vs. | |
| WILLIAM SULLIVAN, et al, | (DOCUMENT #13) |
|     Respondent. | (30) THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 25, 2008 petitioner filed a motion to extend time to file Traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file Traverse.

IT IS SO ORDERED.

**Dated:   September 30, 2008**              **/s/  William M. Wunderlich**
                                                           UNITED STATES MAGISTRATE JUDGE